ALBERT CHARLES AMANN, an Infant, etc., Appellant, v. MYRON THURSTON

and Others, Respondents.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.